

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08CV2139
JUDGE CASTILLO
MAG.JUDGE COX

In the Matter of

Vietta L. Johnson, M.D., Daniel Ivankovich, M.D., & Karen Nash, M.D.
V.
Cook County Bureau of Health Services, Robert R. Simon, M.D., Aaron Hamb, M.D., & Clifford Crawford, M.D..

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS VIETTA L. JOHNSON, M.D., DANIEL IVANKOVICH, M.D., AND KAREN NASH, M.D., &

FILED
APR 15 2008   APR 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> LINDA C. CHATMAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ *Linda C Chat* | |
| FIRM <br> MARCUS BOXERMAN & CHATMAN | |
| STREET ADDRESS <br> 19 S. LaSALLE SUITE 1500 | |
| CITY/STATE/ZIP <br> CHICAGO IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6201236 | TELEPHONE NUMBER <br> 312-917-1005 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |