## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Vietta L Johnson, et al.

                                        Plaintiff,

v.                                                                    Case No.: 1:08−cv−02139
                                                                      Honorable Ruben Castillo

Cook County Bureau of Health Services, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2008:

      MINUTE entry before the Honorable Ruben Castillo:After review of the initial pleadings in this case, this Court has decided to hold an expedited settlement conference. Parties to file a joint status report on or before 6/18/2008. The Court will hold a settlement conference in chambers on 6/23/2008 at 1:00 pm.. Clients with settlement authority are directed to appear or be available by telephone. Defendants' motion for extension of time to answer [7] is granted. In the future all motions should be noticed before the Court and a courtesy copy delivered to chambers. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.