# Affidavit of Process Server

Vietta L. Johnson, M.D., et al    VS   Cook County Bureau of Health Services, et al   08c2139
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I __Tracy Ellis__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Cook County Bureau of Health__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage
☒ __Summons & Complaint__

by serving (NAME) __Eva Ochoa (Administrative Asst.)__

at ☐ Home _____
☒ Business __1900 W. Polk, Ste 220, Chicago, IL__
☒ on (DATE) __4-22-08__   at (TIME) __8:34 a__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____  (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Eva Ochoa (Administrative Asst.)__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ DATE TIME, ( )_____ DATE TIME
( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME

**Description:**
☐ Male  ☒ White Skin  ☒ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☒ Female  ☐ Black Skin  ☐ Brown Hair  ☐ Balding  ☒ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
 ☐ Yellow Skin  ☐ Blond Hair   ☐ 36-50 Yrs.  ☒ 5'4"-5'8"  ☒ 131-160 Lbs.
 ☐ Brown Skin  ☐ Gray Hair  ☐ Mustache  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
☐ Glasses  ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this __22__ day of __April__, 20__08__

NOTARY PUBLIC

OFFICIAL SEAL
KIM CLEVELAND
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-2-2008