IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIETTA L. JOHNSON, M.D., DANIEL IVANKOVICH, M.D., KAREN NASH, M.D., )<br>)<br>Plaintiffs, )<br>)<br>V. )<br>)<br>COOK COUNTY BUREAU OF )<br>HEALTH SERVICES. )<br>)<br>Defendant. ) | No. 08 C 2139<br><br>Judge Castillo |

## NOTICE OF MOTION

TO: **ELECTRONIC FILING AND U.S. MAIL**
Linda C. Chatman
Marcus, Boxerman & Chatman
19 S. LaSalle St.
Suite 1500
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on June 11, 2008, at 9:45 A.M., or as soon thereafter as the motion may be heard, I shall appear before the Honorable Judge Ruben Castillo or any judge sitting in his stead in Room 2141 in the United States District Court for the Northern District of Illinois, Eastern Division at 219 South Dearborn, Chicago, Illinois and present the attached Defendant's Motion To Dismiss Plaintiffs' Complaint, Memorandum of Law In Support of Defendant's Motion to Dismiss Plaintiff's Complaint and Notice of Filing a copy of which is attached hereto and served upon you. Courtesy copies delivered to the Court at the time of filing.

## CERTIFICATE OF SERVICE

I, Jamieson B. Bowman, Assistant State's Attorney, certify that I served a copy of the foregoing by mailing a copy of the same to the above listed person at the above listed address(es) by depositing same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, before 5:00 p.m. on June 5, 2008, and by filing a copy electronically with the Clerk of the Court.

                                                                                              RICHARD A. DEVINE
                                                                                              State's Attorney of Cook County

                                                            By:    S/Jamieson B. Bowman
                                                                          Jamieson B. Bowman
                                                                          Assistant State's Attorney