# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Vietta L Johnson, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:08−cv−02139
                                                        Honorable Ruben Castillo

Cook County Bureau of Health Services, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

        MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on
6/11/2008. Defendants' motion to dismiss [13] is granted. Plaintiffs' complaint is
dismissed without prejudice. Plaintiffs are granted leave to file an amended complaint by
6/25/2008. Parties to file the joint status report on or before 7/11/2008. The Court will
hold a settlement conference in chambers on 7/22/2008 at 2:30 PM. Clients with
settlement authority are directed to appear or be available by telephone. Status report
filing date of 6/18/2008 and settlement conference set for 6/23/2008 are vacated.Mailed
notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.