UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Vietta L Johnson, et al.
                                                    Plaintiff,
v.                                                  Case No.: 1:08−cv−02139
                                                    Honorable Ruben Castillo
Cook County Bureau of Health Services, et al.
                                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Defendants' motion to dismiss Plaintiffs' first amended complaint [17] is entered and continued to 7/22/2008 at 2:30 PM. Motion hearing set for 7/9/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.