## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: `08cv2139`                Assigned/Issued By: `AEE`

Judge Name: `CASTILLO`                 Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets          ☐ Other

☐ Writ _____             _____
    *(Type of Writ)*                   _____
                                       *(Type of issuance)*

_____Original and ___3___ copies on ___07/16/08___ as to `Aaron Hamb, M.D.,`_____
                                    *(Date)*

_____

_____