AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS  SUMMONS IN A CIVIL CASE

VIETTA L. JOHNSON, M.D., DANIEL
IVANKOVICH, M.D.,

V.

COOK COUNTY BUREAU OF HEALTH
SERVICES, ROBERT R. SIMON, M.D., AARON
HAMB, M.D., CLIFFORD CRAWFORD, M.D.

CASE NUMBER: 08 C 2139

ASSIGNED JUDGE: JUDGE CASTILLO

DESIGNATED
MAGISTRATE JUDGE: MICHAEL W. DOBBINS

TO: (Name and address of Defendant)

AARON HAMB, M.D.
500 E. 51st Street
Chicago, IL 60615

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LINDA C. CHATMAN
MARCUS, BOXERMAN & CHATMAN
19 S. LaSALLE SUITE 1500
CHICAGO, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Esperanza Arnold
(By) DEPUTY CLERK

JUL 16 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | July 21, 2008 |
| NAME OF SERVER (PRINT)  Scott Lazzara | TITLE  Illinois-Licensed Private Detective |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served:

Aaron Hamb, M.D. 500 E. 51st Street, Chicago, IL 60615
(M/B Approx. 52- 55 y.o.a., medium height and build)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-25-08
         Date         Signature of Server

6348 N. Milwaukee, #211, Chicago, IL 60646
*Address of Server*

7/25/08

"OFFICIAL SEAL"
SHIELA J STEINER
Notary Public, State of Illinois
My Commission Expires 6/30/10

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.