AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS SUMMONS IN A CIVIL CASE

VIETTA L. JOHNSON, M.D., DANIEL IVANKOVICH, M.D.,

V.

COOK COUNTY BUREAU OF HEALTH SERVICES, ROBERT R. SIMON, M.D., AARON HAMB, M.D., CLIFFORD CRAWFORD, M.D.

CASE NUMBER: 08 C 2139

ASSIGNED JUDGE: JUDGE CASTILLO

DESIGNATED MAGISTRATE JUDGE: MICHAEL W. DOBBINS

TO: (Name and address of Defendant)

ROBERT R. SIMON, M.D.,
1900 W. Polk Suite 220
Chicago, IL 60612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LINDA C. CHATMAN
MARCUS, BOXERMAN & CHATMAN
19 S. LaSALLE SUITE 1500
CHICAGO, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Esperanza Arnold
(By) DEPUTY CLERK

JUL 1 6 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE July 25, 2008 |
| NAME OF SERVER (PRINT) Scott Lazzara | TITLE Illinois-Licensed Private Detective |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: _____

Robert Simon, M.D. 1900 W. Polk, Suite # 1035 Chicago, IL 60615

(The SPS spoke with the defendant who is currently out of state. Defendant authorized his secretary, Michelle Taylor, to accept service.)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-25-08  *[signature]*
Date  Signature of Server

6348 N. Milwuakee, #211, Chicago, IL 60646
*Address of Server*

"OFFICIAL SEAL"
SHIELA J. STEINER
Notary Public, State of Illinois
My Commission Expires 10/30/10

*[signature]* 7/25/08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.