## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Vietta L Johnson, et al.

                        Plaintiff,

v.                                                      Case No.: 1:08−cv−02139
                                                      Honorable Ruben Castillo

Cook County Bureau of Health Services, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 7/22/2008. Some progress made. Defendants are requested to make a serious settlement proposal to plaintiffs' counsel in this case and in related case 08 C 3648 by 9/22/2008. Defendants' motion to dismiss [17] is entered and continued generally. All formal discovery is stayed until 9/30/2008. Informal discovery may proceed via correspondence requests for relevant documents to evaluate settlement only. The parties have consented to the jurisdiction of the designated magistrate judge. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.