IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIETTA L. JOHNSON, M.D., DANIEL IVANKOVICH, M.D., <br><br>           Plaintiffs, <br><br> V. <br><br> COUNTY of COOK, Aaron Hamb M.D., in his individual and official capacity, Clifford Crawford, M.D. in his individual and official capacity. <br><br>           Defendants. | ) <br> ) <br> ) <br> ) <br> ) No. 08 C 2139 <br> ) <br> ) Judge Castillo <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING

**TO:**   **ELECTRONIC FILING AND U.S. MAIL**
Linda C. Chatman
Marcus, Boxerman & Chatman
19 S. LaSalle St.
Suite 1500
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on this August 4, 2008, the undersigned attorney electronically filed notice that newly named individual Defendants Aaron Hamb, M.D. and Clifford Crawford, M.D., adopted the filings of the County of Cook as their response to Plaintiffs' Complaint. Individual Defendants Hamb and Crawford adopt <u>Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint</u> and <u>Memorandum in Support of Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint</u> and <u>Notice of Motion</u> filed with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division using the CM/ECF filing system. Courtesy copies delivered to chambers at the time of filing.

RICHARD A. DEVINE
State's Attorney of Cook County

By:   S/Jamieson B. Bowman
Jamieson b. Bowman
Assistant State's Attorney
Labor/Employment Section
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-5668

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIETTA L. JOHNSON, M.D., DANIEL IVANKOVICH, M.D., <br><br> Plaintiffs, <br><br> V. <br><br> COUNTY of COOK, Aaron Hamb M.D., in his individual and official capacity, Clifford Crawford, M.D. in his individual and official capacity. <br><br> Defendants. | No. 08 C 2139 <br><br> Judge Castillo |

## MOTION TO ADOPT COOK COUNTY'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

**NOW COMES** Defendants, County of Cook, Bureau of Health Services, Aaron Hamb M.D., in his individual capacity, Clifford Crawford, M.D., in his individual capacity, by their attorney, RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, JAMIESON B. BOWMAN, Assistant State's Attorney, and hereby move this Honorable Court, allow newly served individual Defendants Hamb and Crawford to adopt Defendant's motion to dismiss Counts III, IV, V and dismiss Plaintiffs' prayer for punitive damages, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and in support of this motion, state as follows:

A. Plaintiffs' original complaint was filed April 14, 2008 and contained Service Cook County.

B. Defendant filed a motion to dismiss on June 5, 2008, which was granted, without prejudice to refilling, on June 11, 2008.

C. Plaintiffs' first amended complaint was filed on June 25, 2008, before this Honorable Court. Plaintiffs' first amended complaint removed Karen Nash, M.D., as a party to the complaint.

D. Defendants Aaron Hamb, M.D., and Clifford Crawford M.D., were personally served July 16, 2008, in their individual capacity.

E. Cook County State's Attorney filed an appearance on behalf of Defendants Hamb and Crawford individually, on August 4, 2008.

Defendants, Hamb and Crawford individually, now move to adopt Defendant's motion to dismiss Plaintiffs' First Amended Complaint for the reasons set forth in <u>Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint</u> and <u>Memorandum in Support of Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint</u>.

                Respectfully Submitted,
                State's Attorney of Cook County

By:    S/Jamieson B. Bowman
         Jamieson B. Bowman
         Assistant State's Attorney
         Labor/Employment Section
         500 Richard J. Daley Center
         Chicago, Illinois 60602
         (312) 603-5668

### CERTIFICATE OF SERVICE

I, Jamieson B. Bowman, Assistant State's Attorney, certify that I served a copy of the foregoing by mailing a copy of the same to the Plaintiffs' attorney by depositing same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, before 5:00 p.m. on August 4, 2008, and by filing a copy electronically with the Clerk of the Court.

                S/Jamieson B. Bowman
                **Jamieson B. Bowman**