# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of    Case Number: 08 C 2139

VIETTA L. JOHNSON, M.D., DANIEL IVANKOVICH, M.D.,
v.
COUNTY OF COOK, Robert Simon, M.D., Aaron Hamb, M.D., and Clifford Crawford, M.D., in their individual and official capacities.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert Simon, M.D., in his individual and official capacity

| | |
|---|---|
| NAME (Type or print) <br> Jamieson B. Bowman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jamieson B. Bowman | |
| FIRM <br> Cook County State's Attorney's Office | |
| STREET ADDRESS <br> 500 Richard J. Daley Center | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6281059 | TELEPHONE NUMBER <br> 312-603-3032 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |