IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIETTA L. JOHNSON, M.D., DANIEL IVANKOVICH, M.D., <br><br> Plaintiffs, <br><br> V. <br><br> COUNTY of COOK, Robert Simon, M.D., in his individual and official capacity, Aaron Hamb M.D., in his individual and official capacity, Clifford Crawford, M.D. in his individual and official capacity. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) No. 08 C 2139 <br> ) <br> ) Judge Castillo <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF FILING

**TO:** **ELECTRONIC FILING AND U.S. MAIL**
Linda C. Chatman
Marcus, Boxerman & Chatman
19 S. LaSalle St.
Suite 1500
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on this August 5, 2008, the undersigned attorney electronically filed notice that newly served individual Defendant Robert Simon, M.D., adopts the filings of the County of Cook as his response to Plaintiffs' First Amended Complaint. Individual Defendant Robert Simon, M.D., adopts <u>Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint</u> and <u>Memorandum in Support of Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint</u> and <u>Notice of Motion</u> filed with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division using the CM/ECF filing system. Courtesy copies delivered to chambers at the time of filing.

                                                            RICHARD A. DEVINE
                                                            State's Attorney of Cook County

                                 By:      S/Jamieson B. Bowman_____
                                                  Jamieson b. Bowman
                                                  Assistant State's Attorney
                                                  500 Richard J. Daley Center
                                                  Chicago, Illinois 60602

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIETTA L. JOHNSON, M.D., DANIEL IVANKOVICH, M.D., <br><br> Plaintiffs, <br><br> V. <br><br> COUNTY of COOK, Aaron Hamb M.D., in his individual and official capacity, Clifford Crawford, M.D. in his individual and official capacity. <br><br> Defendants. | No. 08 C 2139 <br><br> Judge Castillo |

### MOTION TO ADOPT COOK COUNTY'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

**NOW COMES** Defendant Robert Simon, M.D., in his individual capacity, by his attorney, RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, JAMIESON B. BOWMAN, Assistant State's Attorney, and hereby move this Honorable Court, allow newly served individual Defendant Robert Simon, M.D., to adopt Defendant's motion to dismiss Counts III, IV, V and dismiss Plaintiffs' prayer for punitive damages, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and in support of this motion, state as follows:

A. Plaintiffs' original complaint was filed April 14, 2008 and contained Service Cook County.

B. Defendant filed a motion to dismiss on June 5, 2008, which was granted, without prejudice to refilling, on June 11, 2008.

C. Plaintiffs' first amended complaint was filed on June 25, 2008, before this Honorable Court. Plaintiffs' first amended complaint removed Karen Nash, M.D., as a party to the complaint.

D. Defendant Robert Simon, M.D., in his individual capacity was personally served July 16, 2008.

E. Cook County State's Attorney filed an appearance on behalf of Defendant Robert Simon, M.D., in his individual capacity, on August 5, 2008.

Defendant Robert Simon, M.D., in his individual capacity, now moves to adopt Defendant's motion to dismiss Plaintiffs' First Amended Complaint for the reasons set forth in <u>Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint</u> and <u>Memorandum in Support of Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint</u>.

          Respectfully Submitted,
          State's Attorney of Cook County

By:   S/Jamieson B. Bowman
       Jamieson B. Bowman
       Assistant State's Attorney
       Labor/Employment Section
       500 Richard J. Daley Center
       Chicago, Illinois 60602
       (312) 603-5668

## CERTIFICATE OF SERVICE

I, Jamieson B. Bowman, Assistant State's Attorney, certify that I served a copy of the foregoing by mailing a copy of the same to the Plaintiffs' attorney by depositing same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, before 5:00 p.m. on August 4, 2008, and by filing a copy electronically with the Clerk of the Court.

          S/Jamieson B. Bowman
          **Jamieson B. Bowman**